# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David DiPiazza,<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>              Defendant. | No. CV-16-00368-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 16) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated this 11th day of April, 2016.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge